FILED 28 JUL '25 10:30USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

JOE CUMMINGS BONNER JR
*(Enter full name of plaintiff)*

Plaintiff,

v.

DR. BOISVERT

DR. ANDERSON

OREGON DEPARTMENT OF JUSTICE

OREGON DEPARTMENT OF CORRECTIONS

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:25-Cv-1321 SI
*(to be assigned by Clerk's Office)*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: JOE CUMMINGS BONNER JR. #20308686
Street Address: 3290 E. Ashwood Road
City, State & Zip Code: MADRAS, OREGON 97741
Telephone No.: NONE

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**  Name: DR. BOISVERT
Street Address: 3290 E. ASHWOOD ROAD
City, State & Zip Code: MADRAS, OREGON 97741
Telephone No.: NONE

**Defendant No. 2**  Name: DR. ANDERSON
Street Address: 24499 S.W. GRAHAMS FERRY Rd
City, State & Zip Code: WILSONVILLE, OREGON 97070
Telephone No.: NONE

**Defendant No. 3**  Name: OREGON DEPARTMENT OF JUSTICE "Trial Division"
Street Address: 1162 Court Street N.E.
City, State & Zip Code: SALEM, OREGON 97301
Telephone No.: (702) 808-4027

**Defendant No. 4**  Name: OREGON DEPARTMENT OF CORRECTIONS
Street Address: 3723 FAIRVIEW, Industrial drive SE #200
City, State & Zip Code: SALEM, OREGON 97302
Telephone No.: (503) 945-9090

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Medical Malpractice, Medical Neglect, Amendment, Cruel And Unusual Punishment

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Dr. Anderson is employed at CCCF, at the time i was there she neglected to help me with my infection to my left pinky toe. Instead she informed me i would receive the help at the next prison i would be transferd to. I arrived at ORCI and was under the care of Dr. Boisvert she also neglected to send me out to a wound specialist until two months had past, in wich the wound specialist said it was two months to late and i got my left pinky toe amputated do to the infection going to the bone. I kyted the Oregon Department of Corrections to "no" prevail then i had family members call the Oregon Department of Justice for help and was informed that i would be contacted.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Dr. Anderson gave x-rays but didn't follow through instead i was shiped to a new prison where Dr. Boisvert

was my doctor at DRCI and failed to get me out to a doctor until two months after the infection went to the bone and i had to have an emergency surgery to amputate my left pinky toe. I tried to kyte the department of corrections and got "no" reply. Then i had my wife call the department of justice and was told that i would be contacted and never was.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Dr. Anderson was there at the very begining and did nothing to help me with my toe. And Dr. Boisvert waited to long to get me the medical attention that i needed wich resulted in an emgency amputation. The oregon department of corrections just ignored me and my pleadings. The department of justice told my wife they would contact me and "never" did.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I Would like both doctors to be Releaved of duty at the prisons and i seek Relief in the Amount of $2.8 Million dollars. I Will Always Have To Walk With A Cain And i can no longer Work in Asphalt Wich is my Trade

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of July, 20 25.

Joe Cummings Bonner Jr
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)        5
[Rev. 01/2018]